UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROOR INTERNATIONAL BV and SREAM, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 3:19-cv-00115-PPS-JPK ) |
| TOBACCO SHOP OF MISHAWAKA LLC d/b/a LOW BOB'S EXPRESS | ) ) ) ) |
| Defendant. | ) ) |

**ORDER OF DISMISSAL**

This matter is before the Court on parties Joint Stipulation of Dismissal with Prejudice. The Court having reviewed the Stipulation and being otherwise sufficiently advised, hereby DISMISSES the claims herein.

IT IS THEREFORE ORDERED that all claims in this litigation are DISMISSED WITH PREJUDICE, each party shall bear its own fees and costs.

_Jan. 9_____, 2020

_____
Judge, U.S. District Court
Northern District of Indiana
South Bend Division

Distribution to:

Angela L. Freel
JACKSON KELLY PLLC
alfreel@jacksonkelly.com

Michael A. Swift
MAGINOT, MOORE & BECK LLP
maswift@maginot.com

Clint A. Zalas
LEE, GROVES AND ZALAS
cazalas@lgzlegal.com